**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-11439 | WHD | Judge: | W. H. Drake Jr. | Trustee Name: | Theo D. Mann, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Pelican Electric, Llc | | | | Date Filed (f) or Converted (c): | 07/11/2018 (f) |
| | | | | | 341(a) Meeting Date: | 08/10/2018 |
| For Period Ending: | 12/31/2018 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on Hand | 0.00 | 0.00 | | 0.00 | FA |
| 2. Accounts Receivable | 0.00 | 0.00 | | 0.00 | FA |
| 3. 1991 Chevrolet Truck (Missing Motor) | 1.00 | 1.00 | | 0.00 | 1.00 |
| 4. Standard Golf Cart (Needs Battery) | 1.00 | 1.00 | | 0.00 | 1.00 |
| 5. Polaris Side by Side (Broken Axel) | 1.00 | 1.00 | | 0.00 | 1.00 |
| 6. 6 Cordless Drills - Broken | 80.00 | 80.00 | | 0.00 | 80.00 |
| 7. 2 Hammer Drills - 1 missing | 100.00 | 100.00 | | 0.00 | 100.00 |
| 8. Generator 8000W | 200.00 | 200.00 | | 0.00 | 200.00 |
| 9. Small Hand Tools | 50.00 | 50.00 | | 0.00 | 50.00 |
| 10. 2 Floor Jacks - Broken | 1.00 | 1.00 | | 0.00 | 1.00 |
| 11. 4 Hydraulic Jacks - Broken | 1.00 | 1.00 | | 0.00 | 1.00 |
| 12. Skill Saw and Saws - All Broken | 1.00 | 1.00 | | 0.00 | 1.00 |
| 13. Misc. Equipment | 100.00 | 100.00 | | 0.00 | 100.00 |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $536.00 | $536.00 | | $0.00 | $536.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Negotiating settlement on personal property & name of LLC

RE PROP #    2    --    Face value:  over 90 days $66,330 + $280

Initial Projected Date of Final Report (TFR): 08/30/2019    Current Projected Date of Final Report (TFR): 12/31/2019

| Trustee Signature: | /s/ Theo D. Mann, Trustee | Date: 01/31/2019 |
|---|---|---|

Theo D. Mann, Trustee
P.O. Box 310
Newman, GA  30264-0310
(770) 253-2222
tmann@mwklaw.org

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 18-11439 | Trustee Name: Theo D. Mann, Trustee |
| Case Name: Pelican Electric, Llc | Bank Name: |
| | Account Number/CD#: |
| Taxpayer ID No: XX-XXX8796 | Blanket Bond (per case limit): $30,390,000.00 |
| For Period Ending: 12/31/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Bank Accounts | | | | | |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:  $0.00   $0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| - | $0.00 | $0.00 | $0.00 |
|  | $0.00 | $0.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---:|
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:  /s/ Theo D. Mann, Trustee    Date: 01/31/2019

Theo D. Mann, Trustee
P.O. Box 310
Newman, GA  30264-0310
(770) 253-2222
tmann@mwklaw.org

Page Subtotals:    $0.00    $0.00